UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80182-CR-HURLEY

UNITED STATES OF AMERICA,
　　　Plaintiff,

v.

OTILIO PUAC-MORALES,
　　　Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 34], dated October 10, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, November 3, 2014,** at **10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 31st day of October, 2014.

**copy furnished:**
AUSA William T. Zloch
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　United States District Judge